ATTORNEY GRIEVANCE COMMISSION    *    IN THE
OF MARYLAND                            COURT OF APPEALS

       Petitioner,                *    OF MARYLAND

v.                                  *    Misc. Docket AG

JONATHAN KIMBEL O'NEILL        *    No. <u>82</u>

       Respondent.              *    September Term, 2018

## <u>ORDER</u>

This matter came before the Court on the Joint Petition of the Attorney Grievance Commission of Maryland and the Respondent, Jonathan Kimbel O'Neill, to indefinitely suspend the Respondent from the practice of law for violations of Rules 1.1, 1.3, 1.15, 1.16(d), 5.3, 8.1(b) and 8.4(a) and (d) of the Maryland Attorneys' Rules of Professional Conduct. The Court having considered the Petition, and the record herein, it is this <u>28th</u> day of <u>May</u>, 2019;

ORDERED, that the Respondent, Jonathan Kimbel O'Neill, be indefinitely suspended from the practice of law in the State of Maryland; and it is further

ORDERED, that the Clerk of this Court shall strike the name of Jonathan Kimbel O'Neill from the registry of attorneys in the Court and certify that fact to the trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761; and it is further

ORDERED, that the Respondent shall not petition for reinstatement unless and until he has been deemed fit to practice law by a medical provider acceptable to Bar Counsel.

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.

/s/ Clayton Greene Jr.
Senior Judge



Suzanne C. Johnson, Clerk